IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHAQUETA HENRY, as Next Friend
of Shamya Crawford                                                                           PLAINTIFF

v.                                      Case No. 4:23-cv-4102

DELEK US HOLDINGS, INC. and
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA                                                                          DEFENDANTS

## ORDER

Before the Court is a Joint Stipulation of Dismissal with Prejudice. ECF No. 12. The parties stipulate that all claims asserted in this matter should be dismissed with prejudice. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by Plaintiff and Defendants. Thus, all claims in this matter were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of April, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge